IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DANIEL D. DILLARD, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:24-cv-23-JKL |
| ~~LORIE~~ | § | |
| OLUYEMI AKINODE, et al., | § | |
| defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Daniel D. Dillard, pursuant to Fed. R. Civ. P. 15(a) and this Court's January 30th, 2024 Deficiency Order (ECF No. 6), respectfully request leave to file an amended complaint in order to comply with the ruling of Senior District Judge B. M. G. Lynn, of the Northern District of Texas (Civil Action Nos. 7:19-cv-00081-M and 7:24-cv-10-M).

1. The Plaintiff in his Verified Amended Complaint

(ECF No. 86 - Incorporated By Reference - 7:19-cv-81-M-BP) named Bobby Lumpkin as a defendant.

2. Since the final disposition of the Motion For Temporary Restraining Order (ECF No. 297 and 298 - 7:19-cv-81-M) the Plaintiff has determined that he does NOT wish to open a NEW suit, neither add new defendants or claims, at this time because the issues presented in (ECF Nos. 2, 3, and 4) Plaintiff's Motion For TRO are being presented in an current suit - Civil Action No. 7:19-cv-81-M - Case No. 22-10791, but have not been actually decided.

3. Plaintiffs' Motion For TRO and the active civil action (ECF No. 86 - Civil Action No. 7:19-cv-81-M) and Appeal (Case No. 22-10791) are all 'inextricably intertwined'.

## PLAINTIFF'S MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404, Plaintiff respectfully request that this action be TRANSFERRED to the

2

United States District Court for the Northern District of Texas, Wichita Falls Division, for further proceedings.

§1404 is to prevent waste of time, energy, and money, and to protect litigants, witnesses, and the public against unnecessary inconvenience and expense. Van Dusen v. Barrack, 376 U.S. 612, 616 (1964).

Plaintiff asserts that he has NO resources and can NOT afford to litigate this new actions, especially since he Never intended to file a new complaint. Plaintiff also asserts that he is indigent and proceeding pro se... additional litigations would only compound his layman status, and would unnecessarily inconvenience the public.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

In The Alternative, Plaintiff respectfully request this Court dismiss this action <u>WITHOUT PREJUDICE</u>

3

March 3, 2024

Respectfully submitted,

X <u>Daniel D. Dillard</u>

Daniel D. Dillard #01400285
Mark W. Michael Prison
2664 F.M. 2054
Tennessee Colony, Texas 75886