March 3, 2024

United States District Court
Eastern District of Texas
Office of the Clerk
211 West Ferguson Street
Tyler, Texas 75702



FILED

MAR 07 2024

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Re: Dillard v. Akinode,
    Civil Action No. 6:24-cv-23
    Plaintiff's Motion For Leave

Dear District Clerk:

   Greetings!

   Please find enclosed Plaintiff's Motion For Leave.

Thank you for your assistance in this matter.

Respectfully submitted,
X Daniel D. Dillard
  Pro Se Plaintiff
  Daniel D. Dillard #01400285
  Mark W. Michael Prison
  2664 F.M. 2054
  Tennessee Colony, Texas 75886

cc: file