Dan <del>Case</del> [Case 6:24-cv-00023-JDK-JDL  Document 8-3  Filed 03/07/24  Page 1 of 1 PageID #: 39]
Mark W.
2664 F.M. 2054
Tennessee Colony, Texas 75886



United States District Court
Eastern District of Texas
Office of the Clerk
211 West Ferguson Street
Tyler, Texas 75702

LEGAL MAIL
Legal Mail